MCGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 487-7272

FILED

2005 SEP 29 P 4: 24

CLERK, U.S DIST COURT
E... ...IF

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 05 MJ 0254 LJO |
| ) | |
| Plaintiff, ) | ORDER STAYING THE RELEASE ORDER |
| ) | OF THE MAGISTRATE JUDGE PENDING |
| v. ) | THE REVIEW BY THE DISTRICT COURT |
| ) | |
| ENRIQUE VALENCIA CARATACHEA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On motion of the government, the magistrate judge's order of release after reopening of the matter by the government

IT IS HEREBY ORDERED that the magistrate judge's order of release on the above-referenced defendant is STAYED

IT IS FURTHER ORDERED that the a hearing on this matter shall be held in this court on _10-~~?~~6_, 2005 at _1:30 p.m_.

DATED: _9-29-05_

OLIVER W. WANGER